# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SHELLY LEWIS BRYANT,

        Petitioner,

                                 CASE NO. 04-CV-72279-DT

v.                                  HONORABLE PAUL D. BORMAN

DOUGLAS VASBINDER,

        Respondent.

                         /

## JUDGMENT

        The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Paul D. Borman, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

        **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

        **SO ORDERED.**


                                 s/Paul D. Borman_____
                                 PAUL D. BORMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  August 11, 2005

                        CERTIFICATE OF SERVICE
                                 Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 11, 2005.

                                 s/Jonie Parker_____
                                 Case Manager